No. 386, Misc. PANARIELLO v. NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 390, Misc. VICK v. MEMPHIS AND SHELBY COUNTY BAR ASSOCIATION, INC. Supreme Court of Tennessee. Certiorari denied. Petitioner *pro se*. *Sam P. Walker* for respondent.

No. 392, Misc. ADAMS v. FLORIDA. Supreme Court of Florida. Certiorari denied.

No. 397, Misc. OUGHTON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 344, Misc. NOVAK v. NEW JERSEY. Supreme Court of New Jersey. Certiorari denied. MR. JUSTICE BRENNAN took no part in the consideration or decision of this application.

No. 546. INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN AND HELPERS OF AMERICA, LOCAL No. 878, ET AL. v. BLASSINGAME ET AL. Supreme Court of Arkansas. Certiorari denied. *Tom Gentry* for petitioners.

No. 548. BUFFALO FAULTLESS PANTS Co., INC., v. UNITED STATES. Court of Claims. Certiorari denied. *Charles M. Trammell* and *Bert B. Rand* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Melvin Richter* for the United States.

No. 562. GIVENS v. MOULTON. Supreme Court of Alabama. Certiorari denied. *Charles Bragman* for petitioner.